ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DATA MANAGEMENT SERVICES JOINT VENTURE<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 07-597 C<br><br>Civil Action No.<br><br>FILED AUG 6 2007 U.S. COURT OF FEDERAL CLAIMS |

**MOTION TO FILE COMPLAINT UNDER SEAL**

Pursuant to RCFC, Appendix C, plaintiff, Data Management services Joint Venture ("DMSJV"), requests leave to file the Complaint under seal, along with a redacted version of the Complaint that will be available for public scrutiny.

Many of the documents involved in the case are subject to a protective order issued by the U.S. Government Accountability Office ("GAO"). Plaintiff's counsel endeavored to prepare the Complaint based upon documents not subject to the GAO protective order, including redacted documents that the parties in the proceedings before the GAO agreed contained no protected material.

However, paragraphs 21-23, 41-43, 45-46, 48-63, 72, 74-76, 78, 81-82, and 87 of the Complaint contain material subject to the GAO protective order. The protected material is bolded and highlighted in gray in the original and seven copies of the Complaint filed under seal.

Plaintiff indicated in its pre-filing notice of August 3, 2007 that it anticipated the need for the Court to issue a protective order.

Respectfully submitted,

Joseph G. Billings
PC of Joseph G. Billings
14300 Gallant Fox Lane, Suite 212
Bowie, MD 20715
Tel (301) 860-1011
Fax (301) 860-1013

Counsel for DMSJV

Dated: August 6, 2007

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DATA MANAGEMENT SERVICES JOINT VENTURE | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 6th day of August 2007, that a copy of the Complaint and Motion to File Complaint Under Seal were sent by e-mail to:

Gary Brooks, Esq.
Stephani Abramson, Esq.
National Archives and Records Administration
8601 Adelphi Road
College Park, Maryland 20740-6001

Douglas L. Patin, Esq.
Jeremy Becker-Welts, Esq.
Bradley Arant Rose & White LLP
1133 Connecticut Ave, N.W., Twelfth Floor
Washington, DC 20036
Counsel for Alon, Inc.

Joseph G. Billings
PC of Joseph G. Billings
14300 Gallant Fox Lane, Suite 212
Bowie, MD 20715
Tel (301) 860-1011
Fax (301) 860-1013

Counsel for DMSJV

Dated: August 6, 2007