# In the United States Court of Federal Claims

No. 07-597
(Filed: August 7, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
DATA MANAGEMENT SERVICES
JOINT VENTURE,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference is scheduled for Wednesday, August 8, 2007 at 2:00 p.m. eastern. The call will originate from chambers and will be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge