IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| DATA MANAGEMENT SERVICES JOINT VENTURE, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-597C |
| THE UNITED STATES, | ) | (Judge Bruggink) |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, defendant respectfully requests that this Court enter a protective order prohibiting the disclosure of secret, confidential, and other proprietary information in accordance with the terms and conditions set forth in the proposed protective order. Plaintiff Data Management Services Joint Venture ("DMSJV") consents to our motion.

This case involves competitive procurement matters and the administrative record to be filed with the Court includes proprietary and confidential pricing information, source selection information, and other sensitive procurement information. Because defendant's administrative record contains protected materials necessary to safeguard the competitive process, we request that all filings be under seal in this case.

For the foregoing reasons, defendant respectfully requests that this Court issue the attached proposed protective order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s Kenneth D. Woodrow
KENNETH D. WOODROW
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530
Phone: (202) 353-0513
Fax: (202) 514-7976

Of Counsel:

GARY L. BROOKS
Counsel for Procurement Initiatives
STEPHANI L. ABRAMSON
Assistant General Counsel
National Archives and Records Administration
8601 Adelphi Road
College Park, MD 20740

August 8, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 8th day of August 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kenneth D. Woodrow