# In the United States Court of Federal Claims

No. 07-597C
(Filed: August 8, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
DATA MANAGEMENT SERVICES
JOINT VENTURE,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the status conference of August 8, 2007, the court hereby adopts the following schedule:

1. Defendant shall file the Administrative Record on or before Friday, August 10, 2007.

2. Plaintiff shall file a motion for judgment pursuant to Rule 52.1 of the Rules of the Court of Federal Claims on or before Wednesday, August 15, 2007.

3. Defendant shall file its response to plaintiff's motion for judgment and cross-motion on or before Wednesday, August 22, 2007.

4. Plaintiff shall file its reply and response to defendant's cross-motion on or before Wednesday, August 29, 2007.

5. Oral argument on the cross-motions shall be heard on Thursday, September 6, 2007, at 9:30 a.m. eastern in the National Courts Building, Washington, DC.

6. In the event a motion to intervene is allowed, intervenor's cross-motion shall be due pursuant to paragraph 3 above.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge