IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-597C

********************************
DATA MANAGEMENT SERVICES
JOINT VENTURE,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
********************************

Motion to Intervene

Pursuant to Rule 24 of the Rules of the United States Court of Federal Claims, Intervenor ALON, Inc., ("ALON") by counsel, hereby respectfully moves the Court for permission to intervene in the above-referenced action. As grounds for its motion, ALON states as follows:

1. ALON is the awardee of the contract which is the subject of the bid protest in this action. As a result, ALON has an interest relating to the subject of this action such that disposition of the action without ALON's participation as a party may impair or impede ALON's ability to protect that interest.

2. All parties to this action consent to ALON's intervention.

WHEREFORE, ALON respectfully requests that the Court grant its motion and allow ALON to intervene in this action, together with such further and different relief as the Court deems just and proper.

Dated: August 9, 2007

Respectfully submitted,

Douglas L. Patin (DC Bar No. 295139)
BRADLEY ARANT ROSE & WHITE LLP
1133 Connecticut Ave., N.W., 12th Floor
Washington, D.C. 20036
Tel. 202-719-8241
dpatin@bradleyarant.com
*Attorneys for ALON, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2007, a true copy of the foregoing Motion to Intervene was served via e-filing on the following:

Ken Woodrow, Esq.
Department of Justice
1100 L Street
Washington, DC 20530

Joseph Billings, Esq.
14300 Gallant Fox Lane
Suite 212
Bowie, MD 20715

Douglas L. Patin