IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| DATA MANAGEMENT SERVICES JOINT VENTURE, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 07-597C |
| | ) | (Judge Bruggink) |
| Defendant, | ) | |
| and | ) | |
| ALON, INC., | ) | |
| Intervenor-Defendant. | ) | |

**DEFENDANT'S NOTICE OF FILING OF**
**ADMINISTRATIVE RECORD UNDER SEAL**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims ("RCFC") and the Court's August 8, 2007 scheduling order, defendant, the United States, respectfully provides notice of the filing, under seal, of the Administrative Record in this case.

Due to the proprietary and confidential nature of the information contained in the Administrative Record, defendant respectfully requests that the administrative record be filed under seal, in accordance with the Court's protective order.

The administrative record is being filed on CD-ROM with a courtesy copy to the Court pursuant to RCFC General Order 42A ¶5.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s Kenneth D. Woodrow
KENNETH D. WOODROW
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530
Phone: (202) 353-0513
Fax: (202) 514-7976

Of Counsel:

GARY L. BROOKS
Counsel for Procurement Initiatives
STEPHANI L. ABRAMSON
Assistant General Counsel
National Archives and Records Administration
8601 Adelphi Road
College Park, MD 20740

August 10, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 8th day of August 2007, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD UNDER SEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kenneth D. Woodrow