# In the United States Court of Federal Claims

No. 07-597C
(Filed: August 16, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
DATA MANAGEMENT SERVICES
JOINT VENTURE,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*,

and

ALON, INC.,

*Intervenor*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

The applications of Joseph G. Billings, Douglas L. Patin, and Jeremy Becker-Welts for access to protected material covered by the court's Protective Order of August 13, 2007 are hereby granted.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge