IN THE UNITED STATES COURT OF FEDERAL CLAIMS

*********************************
DATA MANAGEMENT SERVICES
JOINT VENTURE,

No. 07-597C
(Judge Bruggink)

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*********************************

**INTERVENOR ALON, INC.'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD AND OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD**

Pursuant to RCFC Rule 52.1(b), Intervenor ALON, Inc., by counsel, hereby opposes Plaintiff's Motion for Judgment and respectfully cross-moves the Court for Judgment on the Administrative Record and requests the Court, based on the Administrative Record, the attached Memorandum of Points and Authorities in Support of Intervenor's Cross-Motion for Judgment, and the attached Intervenor's Response to Protester's Statement of Facts and Counter-Statement of Facts, to deny Plaintiff's Motion for Judgment, grant Intervenor's Cross-Motion for Judgment, and grant such and other relief as is just and proper.

Respectfully submitted,

/s/ Douglas L. Patin
Douglas L. Patin
BRADLEY ARANT ROSE & WHITE LLP
1133 Connecticut Ave., N.W., 12th Floor
Washington, D.C. 20036

Tel. 202-719-8241
Fax 202-719-8341
dpatin@bradleyarant.com
*Attorney of Record for Intervenor, ALON, Inc.*

*Of Counsel*

Jeremy Becker-Welts
BRADLEY ARANT ROSE & WHITE LLP
1133 Connecticut Ave., N.W., 12th Floor
Washington, D.C. 20036
Tel. 202-719-8207
Fax 202-719-8307
jbeckerwelts@bradleyarant.com

**CERTIFICATE OF FILING**

I hereby certify that on this 22nd day of August 2007, a copy of the foregoing Intervenor ALON, Inc.'s Motion For Judgment Upon The Administrative Record And Opposition To Plaintiff's Motion For Judgment Upon The Administrative Record; Memorandum in Support; and Statement of Facts and Cross Statement of Facts was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Douglas L. Patin