# In the United States Court of Federal Claims

**No. 07-597 C**

**DATA MANAGEMENT SERVICES JOINT VENTURE,**
**Plaintiff,**

**v.**

**THE UNITED STATES,**
**Defendant,**

**and**

**ALON, INC.,**
**Intervenor.**

**JUDGMENT**

Pursuant to the court's Opinion, filed September 10, 2007, denying plaintiff's motion for judgment on the administrative record, granting defendant and intervenor's cross-motions, and denying plaintiff's request for injunctive relief as moot,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed. No costs.

Brian Bishop
Clerk of Court

**September 13, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.