IN THE UNITED STATES COURT OF FEDERAL CLAIMS

*********************************
DATA MANAGEMENT SERVICES
JOINT VENTURE,

No. 07-597C
(Judge Bruggink)

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*********************************

**INTERVENOR ALON, INC.'S CERTIFICATION OF DESTRUCTION OF PROTECTED INFORMATION**

Pursuant to Paragraph 8 of the Court's Protective Order entered on August 13, 2007, counsel for Intervenor ALON, Inc. hereby certifies that all protected information provided in this case has been destroyed, including all electronic files containing protected information.

Respectfully submitted,

/s/ Douglas L. Patin
Douglas L. Patin
BRADLEY ARANT ROSE & WHITE LLP
1133 Connecticut Ave., N.W., 12th Floor
Washington, D.C. 20036
Tel. 202-719-8241
Fax 202-719-8341
dpatin@bradleyarant.com
*Attorney of Record for Intervenor, ALON, Inc.*

*Of Counsel*

Jeremy Becker-Welts

BRADLEY ARANT ROSE & WHITE LLP
1133 Connecticut Ave., N.W., 12th Floor
Washington, D.C. 20036
Tel. 202-719-8207
Fax 202-719-8307
jbeckerwelts@bradleyarant.com

**CERTIFICATE OF FILING**

I hereby certify that on this 20th day of November 2007, a copy of the foregoing Intervenor ALON, Inc.'s Certification of Destruction of Protected Information was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Douglas L. Patin